UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAUL ARELLANO,<br>CDCR #AH-1995,<br><br>         Plaintiff,<br><br>JONES; SIHOTANG; DR. MARTIN;<br>SANTILLAN; CDCR,<br><br>         Defendants. | Case No.: 3:20-cv-0228-TWR-RBM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY**<br><br>**[Doc. 19]** |

  On December 1, 2020, Plaintiff Raul Arellano ("Plaintiff") filed an *ex parte* Motion for Leave to File a Sur-Reply ("Motion") to Defendants' reply brief in support of their motion to dismiss Plaintiff's first amended complaint. (Doc. 19.) The Court accepted the Motion *nunc pro tunc* to November 25, 2020. (Doc. 18.)

  Plaintiff seeks leave to file a sur-reply on the basis that Defendants allegedly raised new contentions in their reply brief for the first time. (Doc. 19 at 1.) Plaintiff does not specify the new contentions Defendants raised. However, Plaintiff is pro se. *See Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013) (courts liberally construe pro se litigants' filings, relieving them from "strict application of procedural rules and demands that courts

not hold missing or inaccurate legal terminology or muddled draftsmanship against them.").

The Local Civil Rules do not provide for the filing of sur-replies. However, it is within the district court's discretion to permit or preclude such a filing. *See, e.g., United States ex rel Meyer v. Horizon Health Corp.*, 565 F.3d 1195, 1203 (9th Cir. 2009) *overruled on other grounds*. The Court may exercise its discretion and allow a movant to file a sur-reply "where a valid reason for such additional briefing exists, such as where the movant raises new arguments in [their] reply brief." *See United States v. Venture One Mortg. Corp.*, No. 13-cv-1872-W-JLB, 2015 WL 12532139, at *2 (S.D. Cal. Feb. 26, 2015); *see also In re Outlaw Lab., LP Litig.*, 18-cv-840-GPC-BGS, 2019 WL 1205004, *3 (Mar. 14, 2019).

Given that Plaintiff seeks to file a sur-reply for the limited purpose of addressing new contentions raised in Defendants' reply, Plaintiff's Motion is **GRANTED**. Plaintiff's sur-reply must be submitted no later than **January 19, 2020**. The sur-reply must be no more than five pages in length and must be limited to addressing the new contentions Defendants raised in their reply brief.

**IT IS SO ORDERED**.

DATE: December 2, 2020

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE